# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD KRIEGER, | Case No.: 2:18-cv-00848-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 5) |
| WELLS FARGO HOME BANK AUTO, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 5. The Court **ORDERS** these parties to file a stipulation of dismissal no later than July 31, 2018.

IT IS SO ORDERED.

Dated: June 4, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge